# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA ARTHURS,<br>   Plaintiff,<br><br>  v.<br><br>THEODORE RACE, et al,<br>   Defendants. | )<br>)<br>) C.A. No. 1:13-cv-6<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on January 9, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, filed on October 21, 2014, recommended that the Commonwealth Defendants' partial motion for summary judgment [ECF No. 67] be granted, that judgment be entered in favor of Defendant Shadle and against Plaintiff on Plaintiff's supervisory liability claim, and that Defendant Shadle be terminated from this case. Service was made on all parties by ECF. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

  AND NOW, this 5th day of February, 2016;

  IT IS HEREBY ORDERED that the Commonwealth Defendants' partial motion for summary judgment [ECF No. 67] is GRANTED.

  IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Baxter, dated November 23, 2015, is adopted as the opinion of the court.

            /s/ Joy Flowers Conti
            JOY FLOWERS CONTI
            United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____